NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**META PLATFORMS, INC.,**
*Appellant*

**v.**

**EIGHT KHZ, LLC,**
*Cross-Appellant*

---

2025-1528, 2025-1579

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01003.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal of the above-captioned appeals pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs,

IT IS ORDERED THAT:

(1)  The appeals are dismissed.

(2)  Each side shall bear its own costs.

2                          META PLATFORMS, INC. v. EIGHT KHZ, LLC

(3)  All pending motions are denied as moot.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 15, 2026
Date

ISSUED AS A MANDATE: May 15, 2026